Official Form 3
(12/03)

# United States Bankruptcy Court

_____ District Of _____

In re:  Gaila S. Johnson  Case No. 05-30758
           Debtor

Chapter  13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $194.00 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 20.00   Check one  ☒ With the filing of the petition, or
                        ☐ On or before _____

   $ 50.00   on or before 8/31/2005

   $ 124.00  on or before 9/31/2005

   $ _____  on or before _____

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 5 - 2005
KENNETH S. GARDNER, CLERK
PS REP. - MEM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____  Gaila S. Johnson  08/05/2005
Signature of Attorney    Date         Signature of Debtor  Date
                                      (In a joint case, both spouses must sign.)

_____              _____  _____
Name of Attorney                     Signature of Joint Debtor (if any)  Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____       Social Security No.
Printed or Typed Name of Bankruptcy Petition Preparer   (Required by 11 U.S.C. § 110(c))


_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:
_____

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____       _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

8/5/05

Official Form 3 continued
(9/97)

# United States Bankruptcy Court
## NORTHERN District Of ILLINOIS

In re:  Gaila S. Johnson                    Case No. _____

                                            Chapter  13

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

                                            BY THE COURT


Date: _____               _____
                                            *United States Bankruptcy Judge*