```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30758
   GAILA S JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9991


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 08/05/2005 and was confirmed 01/23/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 12/17/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
US BANK HOME MORTGAGE      NOTICE ONLY      NOT FILED              .00             .00
US BANK HOME MORTGAGE      CURRENT MORTG         .00               .00             .00
US BANK HOME MORTGAGE      MORTGAGE ARRE    11986.92          1045.84        11986.92
ALLSTATE                   UNSECURED        NOT FILED              .00             .00
COMED                      UNSECURED        NOT FILED              .00             .00
CITY OF CHICAGO WATER DE   UNSECURED          830.22               .00           83.02
AT & T BANKRUPCTY          UNSECURED        NOT FILED              .00             .00
CAPITAL ONE                UNSECURED         1011.23               .00          101.12
CAPITAL ONE                UNSECURED          750.86               .00           75.09
HSBC BANK NEVADA NA        UNSECURED          183.26               .00           18.33
PEOPLES ENERGY             UNSECURED        NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00               .00             .00
WOW INTERNET AND CABLE     UNSECURED        NOT FILED              .00             .00
WEINSTEIN MANLEY RILEY     UNSECURED        NOT FILED              .00             .00
MICROMASH                  UNSECURED        NOT FILED              .00             .00
NATIONAL HOME GAR          UNSECURED        NOT FILED              .00             .00
T MOBILE                   UNSECURED        NOT FILED              .00             .00
PRO SE DEBTOR              DEBTOR ATTY           .00                               .00
TOM VAUGHN                 TRUSTEE                                            888.07
DEBTOR REFUND              REFUND                                               1.61

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                  RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 14,200.00

PRIORITY                                         .00
SECURED                                    11,986.92
   INTEREST                                 1,045.84
UNSECURED                                     277.56
ADMINISTRATIVE                                   .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30758 GAILA S JOHNSON
```

```
TRUSTEE COMPENSATION                                           888.07
DEBTOR REFUND                                                    1.61
                                       ----------------  ----------------
TOTALS                                        14,200.00         14,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE